May 07, 2010

Mr. Cameron Phair Pope
Andrews & Kurth, L.L.P.
600 Travis, Suite 4200
Houston, TX 77002
Mr. Theodore G. Skarbowski
The Talaska Law Firm P.L.L.C.
1415 N. Loop West, Suite 200
Houston, TX 77008

RE: Case Number: 08-0453
 Court of Appeals Number: 01-06-00569-CV
 Trial Court Number: 2003-49449

Style: GEFFREY KLEIN, M.D. AND BAYLOR COLLEGE OF MEDICINE
 v.
 CYNTHIA HERNANDEZ, AS THE PARENT AND NEXT FRIEND OF N.H., A MINOR

Dear Counsel:

 Today the Supreme Court of Texas issued opinions in the above-
referenced cause. You may obtain a copy of the opinions at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. M. Karinne |
| |McCullough |
| |Ms. Theresa Chang |